UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ACOUSTIC PROCESSING TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| KDH ELECTRONIC SYSTEMS, INC. | ) ) |
| Defendant. | ) |

Civil No. 2:09-cv-00407-DBH

**JOINT STIPULATION TO DISMISS**

Plaintiff, Acoustic Processing Technology, Inc., and Defendant KDH Electronic Systems, Inc., by their attorneys, hereby stipulate pursuant to Fed.R.Civ.P. 41(a)(2) to the dismissal of all claims and counterclaims in the above-captioned matter, with prejudice, each party to bear its own costs. This stipulation is expressly conditioned upon the Court's retention of jurisdiction to enforce the terms of the parties' executed Settlement Agreement, attached hereto as Exhibit A, which Settlement Agreement imposes obligations on the parties through January 15, 2011. The parties jointly stipulate and request that the Court's order dismissing the instant action shall:

    a)    expressly assert that the Court is retaining jurisdiction, through January 15, 2011, to enforce the terms of the parties' Settlement Agreement; and

    b)    expressly incorporate the terms of said Settlement Agreement.

DATED this 13th day of September, 2010

/s/ John G. Osborn
John G. Osborn
Eben M. Albert-Knopp
Attorneys for Plaintiff
BERNSTEIN SHUR
100 Middle Street

DATED this 13th day of September, 2010

/s/ Thomas S. Biemer
Thomas S. Biemer
Attorney for Defendant

Dilworth Paxson
1500 Market Street, Suite 3500E

| | |
|---|---|
| PO Box 9729 | Philadelphia, PA  19103 |
| Portland, ME 04101 | tbiemer@dilworthlaw.com |
| 207-774-1200 | |
| josborn@bernsteinshur.com | |
| ealbertknopp@bernsteinshur.com | |

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those indicated as non-registered participants on the above date.

                                                    /s/ John G. Osborn
                                                    John G. Osborn
                                                    Attorney for Plaintiff

                                                    BERNSTEIN SHUR
                                                    100 Middle Street
                                                    PO Box 9729
                                                    Portland, ME 04101
                                                    207-774-1200
                                                    josborn@bernsteinshur.com